UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., as subrogee of Damjan Stanivukovic,<br><br>              Plaintiff,<br><br>   v.<br><br>MIELE, INC.,<br><br>              Defendant. | Case No. 2:23-cv-02224-ES-JBC |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), and the Settlement Agreement executed by the parties, the parties hereby dismiss this action with prejudice.

Dated: June 12, 2024

| | |
|---|---|
| */s/ Noah Gradofsky*<br>Noah Gradofsky, Esq.<br>Law Offices of Jan Meyer & Associates, P.C.<br>1029 Teaneck Road, Second Floor<br>Teaneck, New Jersey 07666<br>Tel: 201 862-9500 x 209<br>ngradofsky@janmeyerlaw.com | */s/ Jason D. Angelo*<br>Jason D. Angelo (NJ Atty No. 076922013)<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile:  (302) 778-7575<br>jangelo@reedsmith.com |
| *Attorneys for Plaintiff, Fidelity and Guaranty Insurance Underwriters, Inc.* | *Attorneys for Defendant, Miele, Inc.* |

                                                 SO ORDERED.

                                                 Esther Salas, U.S.D.J.
                                                 Dated: June 20, 2024